IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| J.T.E.  INCORPORATED, etc.,         )<br>                                                       )<br>             Plaintiff,                           )<br>                                                       )<br>       vs.                                          )<br>                                                       )<br>COSTCO WHOLESALE             )<br>CORPORATION; COSTCO        )<br>WHOLESALE; COSTCO            )<br>WHOLESALE CORPORATION,  )<br>THE PRICE COMPANY; THE     )<br>PRICE COMPANY,                     )<br>                                                       )<br>             Defendants.                      )<br>_____ ) | CIVIL 08-00297DAE-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on June 19, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION DIRECTING THE CLERK'S OFFICE TO CLOSE

CASE ADMINISTRATIVELY," (Doc. # 19), is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 10, 2009.



_____
David Alan Ezra
United States District Judge

J.T.E. Incorporated, etc. vs. Costco Wholesale Corporation, et al., Civil No. 08-00297 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION